IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: <br> Sanjay Gulati <br> Keerti Gulati <br><br> Debtor <br><br> Sanjay Gulati <br> Keerti Gulati <br><br> Movant <br><br> v. <br><br> No Respondent | Bankruptcy No. 24-22191-CMB <br><br> Chapter 13 <br><br> Related to Document No. |

## NOTICE REGARDING MODIFICATION TO MAILING MATRIX

In accordance with Local Bankruptcy Rule 1007-1(f) I, __Michael S. Geisler Pa I.D. No. 39414__, counsel for the debtor(s) in the above-captioned case, hereby certify that the following list of creditors' names and addresses was uploaded through the creditor maintenance option in CM/ECF to the above captioned case regarding the filing of an amendment to the schedules.

By: /s/ Michael S. Geisler
Signature
Michael S. Geisler Pa I.D. No. 39414
Typed Name
1100 Penn Center Blvd., #704
Pittsburgh, PA 15235
Address
(412) 613-2133   Fax:(412) 774-0575
Phone No.
Pa I.D. No. 39414
List Bar I.D. and State of Admission

```
Citibank
c/o Apothaker Scian, PC
100 Century Parkway,  Suite 310 PO Box 5
Mount Laurel, NJ 08054


Discover Bank
Discover Products, Inc. P.O. Box 3025
New Albany, OH 43054-3025


Mercedes Benz Financial Services
P.O. Box 685
Roanoke, TX 76262


PNC Bank, N.A.
6750 Miller Road
Brecksville, OH 44141


Portfolio Recovery Associates, LLC
P.O. Box 41067
Norfolk, VA 23541-1067


Red Target, LLC.
dba SCJ Comm Fin Services
17507 S. Dupont Hwy Suite 2
Harrington, DE 19552


Santander Consumer USA
P.O. Box 961245
Fort Worth, TX 76161


Southwood Financial, LLC.
Sallie Mae
c/o Weltman, Weinberg & Reis Co. 5990 We
Independence, OH 44142


Tucker Arensberg, P.C.
1500 One PPG Place
Pittsburgh, PA 15222
```