IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | Chapter 13 |
| --- | --- | --- |
|  | : |  |
| **SANJAY GULATI, and** | : | Case No.   **24-22191-CMB** |
| **KEERTI GULATI** |  |  |
|  | : |  |
| Debtor | : | Doc No. |

## EMPLOYEE INCOME RECORD

| Date | 5/1/2024 | 6/1/2024 | 7/1/2024 | 8/1/2024 | 9/1/2024 | 10/1/2024 |
| --- | --- | --- | --- | --- | --- | --- |
| Husb Take Home | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 |
| Wife Take Home | $3,700.00 | $3,700.00 | $3,700.00 | $3,700.00 | $3,700.00 | $3,700.00 |
| Total | $13,700.00 | $13,700.00 | $13,700.00 | $13,700.00 | $13,700.00 | $13,700.00 |

DATED:   9/30/2024

/s/ Michael S. Geisler

**MICHAEL S. GEISLER, ESQUIRE**

1100 Penn Center Blvd., #704
Pittsburgh, PA 15235

Tele: (412) 613-2133
Pa. I.D. No. 39414
E-Mail: m.s.geisler@att.net