UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

In re:  Bankr. Case No. 24-22191

Sanjay Gulati & Keerti Gulati  Chapter 13

    Debtor(s)

## REQUEST FOR NOTICE

Pursuant to Rule 2002(g), Mercedes-Benz Financial Services USA LLC hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

> Mercedes-Benz Financial Services USA LLC
> c/o BK Servicing, LLC
> PO Box 131265
> Roseville, MN  55113-0011

> BK Servicing, LLC

> By  /s/ Stephanie Jones

> Stephanie Jones, Agent
> BK Servicing, LLC
> PO Box 131265
> Roseville, MN  55113-0011
> 651-366-6390
> notices@bkservicing.com

**Certificate of Service**

This Request for Notice was sent via first class mail to or served electronically on the following individuals on October 11, 2024 :

Michael S. Geisler  
Michael S. Geisler  
1100 Penn Center Blvd.  
#704  
Pittsburgh, PA  15235

Ronda J. Winnecour  
Suite 3250, Usx Tower  
600 Grant Street  
Pittsburgh, PA  15219

By /s/ Stephanie Jones, Agent  
    Stephanie Jones

522521