AMENDED

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
(Pittsburgh)

| | |
|---|---|
| IN RE: Sanjay Gulati<br>Keerti Gulati | Case No. 24-22191<br>Judge Carlota M Bohm<br>Chapter 13 |

CERTIFICATE OF SERVICE OF
Notice of Mortgage Payment Change

      I, the undersigned, hereby certify that, on December 6, 2024, a true and correct copy of the Notice of Mortgage Payment Change was electronically served upon the following using the Court's CM/ECF system:

Debtor's Attorney: Michael S. Geisler
Trustee: Ronda J. Winnecour
Office of the United States Trustee

      Further, I certify that, on December 6, 2024, a true and correct copy of the Notice of Mortgage Payment Change was forwarded via U.S. Mail, first class postage prepaid and properly addressed to the following at the address shown below:

Sanjay Gulati                 515 Jackson Drive Apollo, PA 15613
Keerti Gulati

By: /s/ Vicki Pringle
Vicki Pringle
PNC Bank, N.A.
P.O. Box 94982
Cleveland OH 44101
855-245-3814